Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Corwin Tyrell Woodson seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000), and denying his Fed.R.Civ.P. 59(e) motion. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny Woodson's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Woodson,* Nos. CR–94–79; CA–99–213–3 (E.D.N.C. June 27 & Aug. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

R.J. Keystone, pro se.

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

R.J. Keystone seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Keystone v. Angelone,* No. CA–00–436–2 (E .D.Va. Sept. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**R.J. KEYSTONE, formerly known as Randall J. Keyes, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.**

No. 00–7333.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 5, 2001.

Decided Feb. 7, 2001.

**Willie A. SAXBY, Jr., Petitioner–Appellant,**

v.

**FEDERAL BUREAU OF INVESTIGATION, Respondent–Appellee.**

No. 00–7391.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 19, 2001.

Decided Feb. 7, 2001.